UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:18-cv-06859-VBF (MAA)**                           Date: **April 20, 2020**

Title     **Scott Robert Atkinson v. Augustine Kehinde**

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Munoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:             Attorneys Present for Defendant:
N/A                                                              N/A

**Proceedings (In Chambers):**     **Order Regarding Plaintiff's Opposition to Defendant's Motion to Dismiss (ECF No. 39)**

On February 4, 2020, Defendant Augustine Kehinde ("Defendant") filed a Motion to Dismiss Plaintiff's Third Amended Complaint.  ("Motion," ECF No. 39.)  On February 5, 2020, the Court ordered Plaintiff Scott Robert Atkinson ("Plaintiff") to file an Opposition to the Motion no later than **March 6, 2020**.  (Order, ECF No. 40.)  The Court included an explicit caution: "Plaintiff is advised that failure to respond to the Motion may be construed as consent to the granting of the Motion and may result in dismissal of the action.  C.D. Cal. L.R. 7-12." (*Id*.)

On February 18, 2020, Plaintiff notified the Court of his release from prison and new address.  (Pl.'s Not. of Change of Add., ECF No. 42.)  On February 19, 2020, the Court *sua sponte* extended Plaintiff's deadline to file an Opposition to **March 20, 2020**.  (Order, ECF No. 43.)  Again, the Court explicitly cautioned: "Plaintiff is advised that failure to respond to the Motion may be construed as consent to the granting of the Motion and may result in dismissal of the action.  C.D. Cal. L.R. 7-12." (*Id*. at 1.)  The Court also ordered Plaintiff to submit an updated Request to Proceed *In Forma Pauperis* no later than March 20, 2020.  (*Id*. at 2.)

To date, Plaintiff has filed neither an Opposition to the Motion, nor an updated Request to Proceed *In Forma Pauperis*.

Plaintiff is **ORDERED TO SHOW CAUSE** by **June 19, 2020** why the Court should not recommend that the lawsuit be dismissed for failure to file an Opposition to the Motion.  If Plaintiff files an Opposition to the Motion on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:18-cv-06859-VBF (MAA)**                              Date: **April 20, 2020**

Title       **Scott Robert Atkinson v. Augustine Kehinde**

**Plaintiff is advised that failure to file an Opposition to the Motion will be deemed as consent to the granting of the Motion and will result in a recommendation that this action be dismissed. C.D. Cal. L.R. 7-12.**

It is so ordered.

**Time in Court:**  0:00
**Initials of Preparer:**  JM