**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT ROBERT ATKINSON,<br><br>Plaintiff,<br><br>v.<br><br>AUGUSTINE KEHINDE,<br><br>Defendant. | Case No. 2:18-cv-06859-VBF (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint (ECF No. 38), Defendant's Motion to Dismiss the Third Amended Complaint (ECF No. 39), the other records on file herein, and the Report and Recommendation of United States Magistrate Judge (ECF No. 48). The time for filing objections has expired and no objections have been made. The Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation of United States Magistrate Judge is ACCEPTED;
2. Defendant's Motion to Dismiss the Third Amended Complaint is GRANTED;

3. The Third Amended Complaint is DISMISSED; and

4. Judgment shall be ENTERED dismissing the entire action without prejudice.

DATED: September 30, 2020

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE