JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ROBERT ATKINSON, | Case No. 2:18-cv-06859-VBF (MAA) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| AUGUSTINE KEHINDE, | |
| Defendant. | |

IT IS ADJUDGED that the Third Amended Complaint and entire action are DISMISSED without prejudice.

Date:  September 30, 2020

_Valerie Baker Fairbank_
_____

Hon. Valerie Baker Fairbank
UNITED STATES DISTRICT JUDGE